UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20928-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

VINCENT DANIEL BANNER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge William C. Turnoff, on February 16, 2016. A Report and Recommendation filed on February 29, 2016 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge William C. Turnoff, is hereby Adopted and Approved in its entirety. The Defendants are adjudged guilty as to Counts One, Three and Five of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of March, 2016.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Turnoff
   Counsel of Record